[Cite as *White Assoc. Architects, Inc. v. Ohio Dept. of Transp.*, 2011-Ohio-2734.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

WHITE ASSOC. ARCHITECTS, INC.

    Plaintiff

    v.

OHIO DEPARTMENT OF TRANSPORTATION

    Defendant

    Case No. 2010-09868-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On August 12, 2010, plaintiff, William Philip White, filed a complaint against defendant, Department of Transportation. A review of the form complaint revealed the damage to the vehicle in question was paid by White Assoc. Architects, Inc. This entity also paid the filing fee. The plaintiff in this case is White Assoc. Architects, Inc. On January 19, 2011, plaintiff entity was ordered to obtain counsel to proceed with this claim, to file a notice of appearance, and an amended complaint with this court or face dismissal of this case. Plaintiff entity has not complied with the court order. Accordingly, plaintiff entity's case is DISMISSED, without prejudice, pursuant to Civ.R. 41. The court shall absorb the court costs of this claim.

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

White Assoc. Architects, Inc.
William Philip White
345 Longfellow Avenue
Worthington, Ohio  43085

DRB/laa
Filed 3/10/11
Sent to S.C. reporter 5/27/11